November 1, 1968

Bensalem Township Authority, Appellant, *v.* Cornwells Home Association.

Argued September 10, 1968. *William J. F. Bell,* for appellant; *Alfred Francis Shea,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.